bar

SCOTT J. HYMAN (State Bar No. 148709)
sjh@severson.com
GENEVIEVE R. WALSER-JOLLY (State Bar No. 262784)
grw@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

DUANE M. GECK (State Bar No. 114823)
dmg@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
NISSAN MOTOR ACCEPTANCE CORPORATION

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION**

| | |
|---|---|
| HOVANES DAVTYAN,<br><br>          Plaintiff,<br><br>vs.<br><br>NISSAN MOTOR ACCEPTANCE CORPORATION; and DOES 1 through 30, inclusive,<br><br>          Defendants. | Case No.<br>Hon.<br>Ctrm.<br><br>**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. SECTIONS 1441 and 1331**<br><br>Action Filed:   August 17, 2016<br>Removal Date: September 21, 2016<br>Trial Date:      None Set |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant NISSAN MOTOR ACCEPTANCE CORPORATION ("NMAC") hereby removes the above-captioned action from the Superior Court of the State of California, in the County of Los Angeles, to the United States District Court for the

Central District of California. NMAC alleges that it is entitled to removal pursuant to 28 U.S.C. § 1331, based upon federal question jurisdiction, as follows:

1. NMAC is named in the Complaint filed on August 17, 2016, by Plaintiff HOVANES DAVTYAN ("Plaintiff") in the Superior Court of the State of California, in the County of Los Angeles, Case No. BC630948, entitled *Davtyan v. Nissan Motor Acceptance Corp., et al.* (the "State Court Action").

2. The Complaint in the State Court Action contained causes of action for violation of the Rosenthal Fair Debt Collection Practices Act ("RFDCPA") and the Telephone Consumer Protection Act ("TCPA").

3. NMAC has not yet filed an answer or otherwise responded to Plaintiff's Complaint in the State Court Action.

4. This notice of removal is timely under 28 U.S.C. § 1446(b) and Federal Rule of Civil Procedure, Rule 6(a) because it was filed within 30 days of the service on NMAC of a copy of the Complaint on August 23, 2016.

5. Removal to the United States District Court for the Central District of California is proper because this is the district which embraces the county in which Plaintiff filed the State Court Action. 28 U.S.C. § 1441(a).

6. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441 because it arises under the following federal statute: (1) the Telephone Consumer Protection Act, 47 U.S.C. §§ 227 et seq. See, e.g., Complaint ¶¶ 4, 14, 36-44; *Mims v. Arrow Financial Services, LLC*, 132 S.Ct. 740, 753 (2012).

7. This Court has supplemental jurisdiction over all other claims asserted by Plaintiff pursuant to 28 U.S.C. § 1367(a) and 28 U.S.C. § 1441(c).

8. As required by 28 U.S.C. § 1446(d), NMAC will provide written notice of the removal of this action to Plaintiff, and to the Los Angeles County Superior Court.

1   9. Pursuant to 28 U.S.C. § 1446(a), attached as Exhibit A are accurate
2 copies of all papers received as of September 21, 2016.
3   WHEREFORE, NMAC prays that the State Court Action be removed from
4 state court to this Court and that this Court assume jurisdiction over the action and
5 determine it on the merits.

7 DATED: September 21, 2016   SEVERSON & WERSON
                              A Professional Corporation

                              By: _____
                                   Genevieve R. Walser-Jolly

                              Attorneys for Defendant NISSAN MOTOR
                              ACCEPTANCE CORPORATION

06888.0257/8451628.1                    3
NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. SECTIONS 1441 and 1331

# EXHIBIT A